

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-16-00014-CR

Robert Adrian **RENDON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11270
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The appellant's brief was due October 7, 2016. On October 7, 2016, the appellant filed a motion requesting an extension of time for "thirty days, until Friday, October 21, 2016." We **GRANT** the appellant's request to file his brief by October 21, 2016, and **ORDER** the appellant to file his brief on or before October 21, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court